## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| VERDELMER CAROLINA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 6:23-cv-01160 |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| FARMERS NEW WORLD LIFE INS. CO., ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT FARMERS NEW WORLD LIFE INSURANCE COMPANY'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT

COMES NOW Defendant Farmers New World Life Insurance Company ("Defendant" or "FNWL") by and through the undersigned counsel of record and pursuant to Fed. R. Civ. P. 12(b)(6) hereby submits its Motion to Dismiss for failure to state a claim upon which relief can be granted. Plaintiff's petition must be dismissed in that it violates the pleading dictates of K.S.A. 60-209(h) by failing to attach or reference the agreement which Plaintiff claims forms the basis of Defendant's duties. Without reference to the agreement or analysis of how the language therein provides a right to recovery, Plaintiff's petition fails to state sufficient facts to establish a claim against Defendant.

In the alternative, if the Court does not dismiss the claim, Defendant moves for an order of the Court pursuant to Fed. R. Civ. P. 12(e) that Plaintiff provide a more definite statement as to the Plaintiff's right to recover under the contract, sufficient to allow FNWL to file a responsive pleading.  Defendant submits its Suggestions in Support of its Motion to Dismiss or, in the alternative, Motion for More Definite Statement contemporaneously herewith.

WHEREFORE, for the foregoing reasons, Defendant Farmers New World Life Insurance Company Incorporated respectfully requests that this Honorable Court grant its Motion to Dismiss

Plaintiff's petition for failure to state a claim upon which relief can be granted. In the alternative, Defendant requests that the Court grant its Motion for more definite statement and for such other and further relief as this Court deems just and appropriate under the circumstances.

                Respectfully submitted,

By:   */s/ Jordon T. Stanley*
Jordon T. Stanley, #21990
**GORDON REES SCULLY MANSUKHANI, LLP**
211 North Broadway, Suite 2150
St. Louis, Missouri 63102
Tel: (314) 961-6686
Fax: (314) 338-3076
jtstanley@grsm.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was filed electronically with the Clerk of the Court on August 11, 2023, thereby executing service upon all counsel of record by operation of the Court's electronic filing system.

By:   */s/ Jordon T. Stanley*