# UNITED STATES DISTRICT COURT DISTRICT OF KANSAS

| | |
|---|---|
| VERDELMER CAROLINA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FARMERS NEW WORLD LIFE INS. CO., )<br>)<br>Defendant. ) | Case No.: 6:23-cv-01160<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S RESPONSE TO DEFENDANT FAMERS [sic] NEW WORLD LIFE INSURANCE COMPANY'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT (Docket 10)**

COMES NOW the Plaintiff Verdelmer Carolina, by and through her attorney Ted E. Knopp of Knopp Law Group P.A. and responds to the Defendant's Motion to Dismiss (Docket 1) as follows:

1. The life insurance policy which serves as the basis of Plaintiff's claim is policy/contract number 002960738U, based on application ID number 002960738U on the life of Deandre E. Greenly, deceased. Attached hereto as Exhibit 1 is a redacted copy of the insurance application for the policy at issue bearing an application ID number 002960738U.

2. Plaintiff requested and obtained from Defendant's agent a Proof of Loss or Destruction of Policy/Contract on Defendant's Form 24-0269 (10/21) to request a copy of the policy because the original policy "has been lost or misplaced and the [the policy holder] has been unable to locate it after diligent search and inquiry or it has been destroyed."

1

Attached as Exhibit 2 is a copy of the unsigned Proof of Loss or Destruction of Policy/Contract marked by signature flag with the location of the required signature.

3. Plaintiff previously has provided Defendant the name of the insurance company that issued the policy (Defendant), the name of the insured (Deandre Edwin Greenly), and the name of the beneficiary (Plaintiff), which is more than enough to identify for Defendant the Policy at issue.

4. Plaintiff now provides Defendant the application or policy number, as taken from the application.

5. Based on the unavailability to Plaintiff of the Policy or Contract, the Plaintiff now provides as much information as is available to Plaintiff concerning the Policy which is at issue in this case.

6. Until the original Policy may be found by Plaintiff, Defendant is in exclusive possession and control of the Policy which serves as the basis of this action.

WHEREFORE, having answered the Motion to Dismiss and having provided a more definite statement of the claims made, Petitioner requests that the court deny Defendant's Motion to Dismiss or, in the Alternative, Motion for More Definite Statement (Docket 10).

    Respectfully Submitted,

    KNOPP LAW GROUP P.A.

    By: */s/ Ted E. Knopp*
    Ted E. Knopp, SC #11437
    *Attorney for Plaintiff*

3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was filed electronically with the Clerk of the Court on August 29, 2023, thereby executing service upon all counsel of record by operation of the court's electronic filing system.

By: */s/ Ted E. Knopp*